UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 5:22-cv-01963-FWS-AFM  Date: February 17, 2023
Title: Johnny Artis v. Riverside County *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On January 5, 2023, the court dismissed Plaintiff Johnny Artis' ("Plaintiff") Complaint for failing to state a claim pursuant to the court's obligation to screen complaints filed by individuals like Plaintiff who seek to proceed *in forma pauperis*. (Dkt. 5.) The court ordered Plaintiff to file an amended Complaint by January 26, 2023, and an updated application to proceed *in forma pauperis* by February 4, 2023. (*Id.*) No filings have occurred since the court's dismissal order despite both deadlines passing. (*See generally* Dkt.)

District courts may sua sponte dismiss a plaintiff's action for failure to prosecute or failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626, 629 (1962) ("The authority of a federal trial court to dismiss a plaintiff's action with prejudice because of his failure to prosecute cannot seriously be doubted."); *Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 693, 689 (9th Cir. 2005) ("[C]ourts may dismiss under Rule 41(b) sua sponte, at least under certain circumstances"); *Ash v. Cvetkov*, 739 F.2d 493, 496 (9th Cir. 1984) ("It is within the inherent power of the court to sua sponte dismiss a case for lack of prosecution."). Plaintiff is accordingly **ORDERED TO SHOW CAUSE**, in writing, **on or before March 7, 2023**, why this court should not dismiss this action for failure to prosecute and comply with the court's previous order. Absent exceptional circumstances, the court will dismiss this case if the court receives no response by the deadline set by the court.